INTERNATIONAL–GREAT NORTHERN R. CO., Appellant, v. George EDGELEY et al., Appellees.

INTERNATIONAL–GREAT NORTHERN R. CO. et al., Appellants, v. TEXAS CO., Appellee.

(Circuit Court of Appeals, Fifth Circuit. December 1, 1925. Rehearing Denied January 19, 1926.)

Nos. 4441, 4451.

Appeals from the District Court of the United States for the Southern District of Texas; Joseph C. Hutcheson, Jr., Judge.

No. 4441:

Samuel B. Dabney, of Houston, Tex. (Walter F. Woodul, James E. Kilday, and Sam Streetman, all of Houston, Tex., on the brief), for appellant.

John W. Parker, of Houston, Tex., for appellees.

No. 4451:

Samuel B. Dabney and Sam Streetman, both of Houston, Tex., for appellants.

H. S. Garrett, of Fort Worth, Tex. (C. A. Wilcox, of Austin, Tex., Robt. A. John, of Houston, Tex., and C. B. Ames, of Oklahoma City, Okl., on the brief), for appellee.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

WALKER, Circuit Judge. In their facts and in the questions raised therein, these two cases are so far like the case of International-Great Northern R. Co. et al. v. Binford, Sheriff, etc., et al., 10 F.(2d) 496, just decided by this court (United States Circuit Court of Appeals, 5th Circuit, present term), that the opinion rendered in the cited case sufficiently indicates the grounds relied on to support the conclusion reached that the decrees in these two cases should be affirmed.

Those decrees are affirmed.